1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  cm@socaleag.com

6  Attorneys for Plaintiff
   JOHN LEE

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 JOHN LEE,                          Case No.: 8:23-cv-02266-DFM

12         Plaintiff,                 **NOTICE OF VOLUNTARY
                                      DISMISSAL OF ENTIRE ACTION
13     vs.                            WITH PREJUDICE**

14
   EMPIRE LOCKSMITH LLC D/B/A
15 WILLY'S LOCKSMITH; SHEI-SUN LEE;
   and DOES 1 to 10,
16
          Defendants.
17

18

19
       **PLEASE TAKE NOTICE** that Plaintiff JOHN LEE ("Plaintiff") pursuant to
20
   Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire
21
   action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which
22
   provides in relevant part:
23
       (a) **Voluntary Dismissal.**
24
           (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
25
                 and any applicable federal statute, the plaintiff may dismiss an action
26
                 without a court order by filing:
27

28

                                          1
   **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: January 19, 2024         **SO. CAL. EQUAL ACCESS GROUP**

By: ___/s/ *Jason J. Kim*___
      Jason J. Kim, Esq.
      Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**